IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

**MICHAEL LYNN BRYANT,** :
:
      **Plaintiff,** :
VS. :
: NO. 5:20-CV-00398-MTT-MSH
**JOHN AND OR JANE DOES,** *et al*., :
:
      **Defendants.** :
_____ :

## **ORDER**

Plaintiff Michael Lynn Bryant, a prisoner most recently incarcerated at the Dooly State Prison in Unadilla, Georgia, filed a *pro se* complaint seeking relief under 42 U.S.C. § 1983 (ECF No. 1). Plaintiff paid the required filing fee in this case. On November 17, 2020, Plaintiff was ordered to file an amended complaint on the Court's standard forms providing the Court with more information about his claims. Plaintiff was given twenty-one (21) days to comply, and he was warned that the failure to fully and timely comply with the Court's orders and instructions could result in the dismissal of his Complaint. *See generally* Order, Nov. 17, 2020, ECF No. 3.

The time for compliance passed with no response from Plaintiff. As such, Plaintiff was ordered to respond and show cause why his lawsuit should not be dismissed for his failure to comply with the Court's previous orders and instructions. Plaintiff was again given twenty-one (21) days to comply, and he was warned that the failure to respond would result in the dismissal of his Complaint. *See generally* Order, Jan. 25, 2021, ECF No. 4.

The time for compliance has again passed without a response from Plaintiff. Because Plaintiff has failed to comply with the Court's instructions and orders and otherwise failed to diligently prosecute his claims, this action is **DISMISSED without prejudice**. *See* Fed. R. Civ. P. 41; *see also Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (per curiam) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.") (citing *Lopez v. Aransas Cnty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)).

**SO ORDERED**, this 29th day of April, 2021.

S/Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT